1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  JESSE RANSOM, ESQ.
   Nevada Bar No.13535
3  **AKERMAN LLP**
   1160 Town Center Drive, Suite 330
4  Las Vegas, NV 89144
   Telephone:  (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email:  melanie.morgan@akerman.com
6  Email:  jesse.ransom@akerman.com

7  *Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association*

8

9                       **UNITED STATES DISTRICT COURT**

10                              **DISTRICT OF NEVADA**

11

| NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION, | Case No.: 2:16-cv-02771-APG-NJK |
|---|---|
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL AND APPEARANCE OF COUNSEL** |
| vs. | |
| SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; ALESSI & KOENIG, LLC; and SFR INVESTMENTS POOL 1, LLC; | |
| Defendants. | |

19    TO: The Clerk of Court and All Parties of Record:

20    Please take notice that Tenesa Scaturro, Esq., of the law firm of Akerman, LLP, hereby

21 withdraws as counsel of record for Plaintiffs Nationstar Mortgage LLC and Federal National

22 Mortgage Association,  and should be removed from the Court's service list with respect to the above

23 referenced action.  Akerman, LLP continues to serve as counsel for Plaintiffs in this action.

24    . . .

25    . . .

26    . . .

27    . . .

28    . . .

                                            1

All future correspondence and papers in this action should continue to be directed to Jesse Ransom, Esq. of Akerman, LLP.

DATED this 6th day of April, 2017.

**AKERMAN LLP**

*/s/ Jesse A. Ransom*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JESSE RANSOM, ESQ.
Nevada Bar No.13535
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association*

IT IS SO ORDERED.

DATED: April 7, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge

2