MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; ALESSI & KOENIG, LLC; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02771-APG-NJK<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

…
…
…
…
…
…
…
…

1

50167063;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiffs Nationstar Mortgage LLC and Federal National Mortgage Association, by and through their counsel of record, AKERMAN LLP, hereby provide notice that Jesse A. Ransom, Esq., is no longer associated with the firm of AKERMAN LLP. Nationstar Mortgage LLC and Federal National Mortgage Association request that Mr. Ransom be removed from the Court's CM/ECF service list.

AKERMAN LLP will continue to represent Nationstar Mortgage LLC and Federal National Mortgage Association and request that Melanie D. Morgan, Esq. and Jared M. Sechrist, Esq. receive all future notices.

DATED: September 16, 2019.

**AKERMAN LLP**

*/s/ Jared M. Sechrist*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association*

IT IS SO ORDERED.
Dated: October 1, 2019
.
.
_____
United States Magistrate Judge

2

50167063;1