MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association*

*UNITED STATES DISTRICT COURT*

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; ALESSI & KOENIG, LLC; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02771-APG-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that *Nationstar Mortgage LLC and Federal National Mortgage Association* hereby provides notice that Jared M. Sechrist is no longer associated with the law firm of Akerman, LLP.

Akerman, LLP continues to serve as counsel for *Nationstar Mortgage LLC and Federal National Mortgage Association* in this action. All, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to

. . .

. . .

. . .

1

50727482;1

Melanie D. Morgan, Esq., Nicholas E. Belay, Esq.

DATED November 8, 2019.

**AKERMAN LLP**

*/s/Nicholas E. Belay*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association*

## COURT APPROVAL

IT IS SO ORDERED.

DATE: November 12, 2019

_____
UNITED STATES MAGISTRATE JUDGE