# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NATIONSTAR MORTGAGE LLC, et al.,

    Plaintiff(s),

v.

SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, et al.,

    Defendant(s).

Case No.: 2:16-cv-02771-APG-NJK

**Order**

[Docket Nos. 28, 29]

Pending before the Court is a motion demanding security for costs from Plaintiff Nationstar. Docket No. 28. Also pending before the Court is a motion demanding security for costs from Plaintiff FNMA. Docket No. 29. No response has been filed. Accordingly, the motions are hereby **GRANTED** as unopposed and security must be posted by November 26, 2019.

IT IS SO ORDERED.

Dated: November 12, 2019

                                          Nancy J. Koppe
                                          United States Magistrate Judge