DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for Defendant,*
*SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; ALESSI & KOENIG, LLC; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02771-APG-NJK<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)**<br><br>**ORDER** |

SFR Investments Pool 1, LLC ("SFR"), Nationstar Mortgage, LLC ("the Bank") and Federal National Mortgage Association's ("Fannie Mae") (Bank and Fannie Mae collectively referred to as "Plaintiffs") hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint on December 2, 2016. [ECF No. 1].

2. This matter was temporarily stayed on December 5, 2016. [ECF No. 8].

3. Plaintiffs filed a motion to lift stay and set deadline to file proposed discovery plan and scheduling order on September 16, 2019. [ECF No. 23].

4. The motion to lift stay was granted on September 16, 2019. [ECF No. 24].

5. SFR filed a demand for security of costs on October 8, 2019. [ECF Nos. 28 and 29].

- 1 -

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

6. This Court issued an order granting SFR's demand for security of costs on November 12, 2019 order Plaintiffs to post security by November 26, 2019. [ECF No. 35].

7. A certificate of cash deposit was filed on November 26, 2019. [ECF No. 37].

8. SFR filed its motion to dismiss Plaintiffs' complaint on February 4, 2020. [ECF No. 38].

9. Plaintiffs filed their response to SFR's motion to dismiss on February 18, 2020. [ECF No. 40].

10. SFR's reply in support of its motion to dismiss is currently due February 25, 2020.

11. In order to allow SFR sufficient time to file its reply, the parties stipulate to extend SFR's deadline to file a reply in support by two weeks.

12. The parties stipulate that SFR shall file its reply in support of its motion to dismiss on March 10, 2020.

This is SFR's first request for an extension of this deadline and it is not meant to delay or unduly prejudice any party.

DATED this 24th day of February, 2020.  DATED this 24th day of February, 2020.

**KIM GILBERT EBRON**  **AKERMAN LLP**

*/s/ Jason G. Martinez*_____  */s/ Nicholas E. Belay*_____
JASON G. MARTINEZ, ESQ.  NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 13375  Nevada Bar No. 15175
7625 Dean Martin Drive, Suite 110  1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89139  Las Vegas, Nevada 89134
*Attorneys for SFR Investments Pool 1, LLC*  *Attorneys for Nationstar Mortgage, LLC and Federal National Mortgage Association*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: __2/25/2020_____

- 2 -