UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, et al.,<br>  Plaintiff(s),<br>v.<br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, et al.,<br>  Defendant(s). | Case No.: 2:16-cv-02771-APG-NJK<br><br>**Order**<br><br>[Docket No. 44] |

Pending before the Court is SFR's motion to reopen the discovery cutoff and extend subsequent deadlines. Docket No. 44. Any response must be filed by April 29, 2020. Any reply must be filed by April 30, 2020.

IT IS SO ORDERED.

Dated: April 27, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1