MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Nationstar Mortgage LLC and*
*Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; ALESSI & KOENIG, LLC; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02771-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO SFR'S COUNTERMOTION FOR 54(D) RELIEF**<br><br>**(FIRST REQUEST)** |

Plaintiffs Nationstar Mortgage LLC and Federal National Mortgage Association, and defendant SFR Investments Pool 1, LLC hereby stipulate and agree that plaintiffs shall have an additional fourteen (14) days, up to and including **August 18, 2020**, to file their reply in support of their motion for partial summary judgment (ECF No. 51) and opposition to SFR's countermotion for Rule 54(d) relief (ECF No. 57). SFR's reply in support of its countermotion for Rule 54(d) relief would be due in the normal course thereafter. Plaintiffs' deadline to file these briefs is currently August 4, 2020. The parties enter into this stipulation to address current time and scheduling constraints on plaintiffs' counsel.

. . .

1

54005047;1

This is the parties' first request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

Dated this 30th day of July, 2020.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Nicholas E. Belay, Esq.* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association* | */s/ Jacqueline A. Gilbert, Esq.* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:16-cv-02771-APG-NJK

DATED: 7/30/2020

54005047;1